UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

OLEG NEGRU,

                Petitioner,

  v.

ERIC H. HOLDER JR, et al.,

                Respondents.

Case No. C13-513-TSZ-BAT

**REPORT AND RECOMMENDATON**

Oleg Negru filed a petition for writ of habeas corpus seeking a declaration that he is eligible for an individualized bond hearing before an Immigration Judge. Dkt. 1. The parties have filed a stipulated motion to dismiss the case on the grounds that after initiating this action, Mr. Negru received a bond hearing and was ordered released on $10,000 bond. Dkt. 12-1. Because Mr. Negru received the primary relief he sought, the parties agree the case is moot and the case should be dismissed.

Because the parties stipulate the case should be dismissed, the Court recommends that United States District Judge Thomas S. Zilly immediately approve this Report and Recommendation and order the case **DISMISSED**. A proposed order accompanies this Report and Recommendation.

DATED this 26th day of April, 2013.

                              BRIAN A. TSUCHIDA
                              United States Magistrate Judge