# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

OLEG NEGRU,

                Petitioner,

    v.

ERIC H. HOLDER JR, et al.,

                Respondents.

C13-513 TSZ

**ORDER OF DISMISSAL**

The Court, having reviewed the parties' stipulation to dismiss case, docket no. 12, and the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, docket no. 13, finds and Orders as follows:

1. The Court ADOPTS the Report and Recommendation.

2. Petitioners' petition for writ of habeas corpus, docket no. 1, is **DISMISSED** as moot.

3. The Clerk shall send a copy of this Order to the parties and to Judge Tsuchida.

DATED this 10th day of May, 2013.

                                        Thomas S. Zilly
                                        United States District Judge

ORDER OF DISMISSAL- 1